AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

| Eastern | DISTRICT OF | Virginia |
|---|---|---|

QORVIS COMMUNICATIONS, LLC,
Plaintiff

V.

CHRISTOPHER S. WILSON,
Defendant

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

Case Number:

Case: 1:07-mc-00453
Assigned To : Unassigned
Assign. Date : 11/5/2007
Description: Miscellaneous

I, _____ Ferndando Galindo _____ Clerk of the United States district court certify that the

attached judgment is a true and correct copy of the original judgment entered in this action on   August 20, 2007  , as it

Date

appears in the records of this court, and that

no notice of appeal from this judgment has been filed, and no motion of any of kind listed in Rule 4(a) of the

Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

| October 19, 2007 | Fernando Galindo |
|---|---|
| Date | Clerk |
| | _(signature)_ |
| | (By) Deputy Clerk |

# RECEIVED

NOV - 5 2007

PD JH
#39.00

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED

AUG 20 2007

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

|  |  |  |
|---|---|---|
| QORVIS COMMUNICATIONS, LLC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:04-cv-1276 (TSE) |
| | ) | |
| CHRISTOPHER WILSON, et al. | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT ORDER**

On November 12, 2004, the Court issued an order directing Defendants to place a copy of the J-drive material they possessed in the custody of the Court and staying all proceedings in the matter pending arbitration (docket #16).

On November 15, 2004, Defendants provided the Court with one Buffalo LinkStation Network Center containing a copy of the J-drive (Docket #17). On November 22, 2004, Defendants provided the Court with seven CDs to be held with the Buffalo Link Station Center (Docket #18). The Buffalo LinkStation Storage Center and the seven CDs remain in the Court's custody.

On March 8, 2007, a JAMS arbitrator issued a Final Award holding Defendant Christopher Wilson liable to Qorvis in the amount of $366,037.72, plus a daily amount of interest of $60.17 for each day after March 8, 2007 as post-judgment interest until the date of satisfaction of the Final Award (Exhibit 2 to docket #41).

On June 15, 2007, the Court denied Defendant Wilson's motion to vacate the arbitration award and granted Plaintiff Qorvis' motion to confirm the arbitration award (Docket #68).

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY_____
DEPUTY CLERK

TCO 356953887v1

On August 3, 2007, the Court heard and granted Plaintiff Qorvis' motion for entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS HEREBY ORDERED that the aforementioned Buffalo LinkStation Storage Center and seven CDs currently deposited in the Court's registry be released and returned to Defendant Christopher Wilson's counsel of record in this matter on behalf of the Defendant.

IT IS HEREBY FURTHER ORDERED that, pursuant to Rule 58 of the Federal Rules of Civil Procedure, judgment is entered against Defendant Christopher Wilson in the amount of $366,037.22, plus daily post-judgment interest of $60.17 for each day after March 8, 2007 until the date the judgment is satisfied. *The Clerk is DIRECTED to place this matter among the ended causes.*

ENTERED this 20th day of _____, 2007.

_____
The Honorable T.S. Ellis, III
Judge of the U.S. District Court for the Eastern District of Virginia

SEEN AND AGREED:

John F. Scalia, Esq. VSB #46444
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, 12th Floor
McLean, VA  22102
Phone: (703) 749-1300
Fax: (703) 749-1301

Sanford M. Saunders, Jr., Esq.
Debra McGuire Mercer, Esq.
GREENBERG TRAURIG, LLP
800 Connecticut Ave., NW
Suite 500
Washington, DC  20006
Phone: (202) 331-3100
Fax: (202) 331-3101

*Attorneys for Plaintiff Qorvis Communications, LLC*

Notwithstanding the execution of this Consent Order, Defendant Christopher S. Wilson expressly preserves and reasserts his objection to the Court's denial of his motions to vacate the arbitration award and the Court's granting of Plaintiff Qorvis Communications, LLC's motion to confirm the award on the grounds explained in detail in his motions to vacate, the Consolidated Memorandum in Support of Motions to Vacate Arbitration Awards and the related memorandum in reply to Qorvis' Memorandum in Opposition.

David A. Temeles, Jr., Esq. VSB #36264
Bean, Kinney & Korman, PC
2300 Wilson Boulevard
Suite 700
Arlington, VA 22201
Phone: (703) 525-4000
Fax: (703) 525-2207

*Attorneys for Defendant Christopher Wilson*